UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RICHARD JOHNSTON, III,

        Plaintiff,

    v.                                    Case No. 07-C-681

DR. RICHARD HEIDORN, et al.,

        Defendants.

**ORDER**

Since this case was dismissed on September 13, plaintiff Johnston has filed three requests for reconsideration. The first of these was denied on October 10, and the reasoning contained therein holds true now. Plaintiff is correct that *pro se* complaints are to be construed liberally, but nevertheless dismissal is warranted when the facts that *are* pled do not support a claim for relief. Plaintiff's requests are therefore denied.

**SO ORDERED** this   25th   day of October, 2007.

                                                 s/ William C. Griesbach
                                                 William C. Griesbach
                                                 United States District Judge